UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SHADDEN, WAYNE E., | ) | Case No. 11-05248 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

## TRUSTEE'S FIRST AND FINAL
## APPLICATION FOR COMPENSATION AND EXPENSES

NOW COMES R. SCOTT ALSTERDA, Trustee herein, pursuant to 11 U.S.C. §330, and requests the allowance and payment of $1,350.06 as compensation, no amount of which has previously been paid.

**I.   COMPUTATION OF COMPENSATION**

The Trustee performed at least 7.60 hours of services on behalf of the estate for the period from May 10, 2011 through June 30, 2012 with a value of $3,863.00 exclusive of the additional time spent by the Trustee in reviewing monthly bank statements, preparing and filing the Trustee's Final Report and this Application, attending the hearing on the Trustee's Fee Application and Final Report, issuing the distribution checks and preparing and filing the Trustee's Final Account. The value of the actual time spent by the Trustee in this case exceeds the amount which the Trustee can be awarded pursuant to 11 USC § 326. A detailed description of the tasks performed by the Trustee is attached hereto as Exhibit "A" and a copy of the Trustee's detailed time records for this case from May 10, 2011 through June 30, 2012 is attached hereto as Exhibit "B"

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $5,943.57. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---:|---|
| 25% of the First $5,000.00 | 1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | 100.06 | ($4,500.00 max.) |
| 05% of next $950,000.00 | 0.00 | ($47,500.00 max.) |
| 03% of balance | 0.00 | |
| **TOTAL COMPENSATION** | **$1,350.06** | |

II.  **TRUSTEE'S EXPENSES**

| | |
|---|---:|
| Copying | 0.00 |
| **TOTAL EXPENSES** | **$0.00** |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

DATE: July 3, 2012

Respectfully Submitted

R. SCOTT ALSTERDA, TRUSTEE

/s/ R. Scott Alsterda

R. SCOTT ALSTERDA, Trustee  
3500 THREE FIRST NATIONAL PLAZA  
70 WEST MADISON AVENUE  
CHICAGO, IL  60602-4283  
312-977-9203  
312-977-4405 (Fax)  
rsalsterda@uhlaw.com

2