UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SHADDEN WAYNE E., | ) | Case No. 11-05248 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jack B. Schmetterer |

**FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1.  The Debtor filed his voluntary petition under Chapter 7 on February 11, 2011.

2.  The first meeting of creditors was scheduled for March 24, 2011, and Debtor was examined on April 28, 2011.

3.  On June 9, 2011, an order was entered approving the employment of U&H as counsel for the Trustee. A copy of the June 9, 2011 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee is attached hereto as Exhibit "A."

4.  U&H is requesting the allowance and payment of $1,000.50, in compensation for 3.90 hours of services performed during the period from June 2, 2011 through May 2, 2012 and reimbursement of actual expenses in the amount of $24.64.

5.  A description of the nature of the services rendered and the major activities undertaken by U&H on behalf of the Trustee in this case are as follows:

6.  <u>Employment Bankruptcy Counsel</u>. U&H provided 2.00 hours of services to the Trustee with a value of $497.00 in connection with the Trustee's motion to employ U&H as his

bankruptcy counsel. The services included drafting the motion and attending the hearing on the motion, which was granted on June 9, 2011.

7. <u>Settlement of Trustee's Objection to Debtor's Claimed Exemptions</u>. U&H provided 1.90 hours of services to the Trustee with a value of $503.50 in connection with the settlement of the Trustee's objection to the Debtor's claimed exemption in back pay proceeds. The services included drafting the motion to approve the settlement and correspondence with the Debtor and his counsel regarding the settlement proceeds.

8. <u>Summary of Services</u>. The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Employment of Bankruptcy Counsel | 2.00 | $497.00 |
| Settlement of Exemption Objection | 1.90 | $503.50 |
| TOTALS | 3.90 | $1,000.50 |

10. Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H in chronological order. The statement reflects the legal services rendered, the time expended and a description of the work performed.

11. The time expended and services rendered by the individual attorneys are summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| R. Scott Alsterda | .30 | $505.00 | $151.50 |
| Patrick F. Ross | 3.50 | $235.00 | $822.50 |
| Patrick F. Ross | .10 | $265.00 | $26.50 |
| TOTAL | 3.90 | | $1,000.50 |

2

12. Exhibit "B" also includes an itemized statement of the actual expenses incurred by U&H in connection with its representation of the Trustee. The expense is for postage in the amount of $24.64.

13. Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

14. At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $1,000.50 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $24.64.

DATE: July 3, 2012                                  Respectfully Submitted

                                                    UNGARETTI & HARRIS LLP

                                                    /s/ R. Scott Alsterda

Of Counsel:
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL 60602-4283
312-977-9203
312-977-4405 (Fax)
rsalsterda@uhlaw.com