**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHADDEN, WAYNE E | § | Case No. 11-05248 JBS |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  KENNETH S. GARDNER
  CLERK OF THE COURT
  219 South Dearborn Street
  Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/30/2012 in Courtroom 682,
  United States Courthouse
  219 S. Dearborn Street
  Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: /s/ R. SCOTT ALSTERDA, TRUSTEE


*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SHADDEN, WAYNE E § Case No. 11-05248 JBS
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,000.64 |
| and approved disbursements of | $ | 57.02 |
| leaving a balance on hand of[1] | $ | 5,943.62 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 1,350.06 | $ 0.00 | $ 1,350.06 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 1,000.50 | $ 0.00 | $ 1,000.50 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 24.64 | $ 0.00 | $ 24.64 |
| Other: International Sureties, Ltd. | $ 4.78 | $ 4.78 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,375.20 |
| Remaining Balance | | $ | 3,568.42 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,424.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 80.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 4,424.25 | $ 0.00 | $ 3,568.42 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,568.42 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-05248-JBS
Wayne E Shadden                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 3              Date Rcvd: Aug 01, 2012
                              Form ID: pdf006           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
```
db         +Wayne E Shadden,    10930 S. Central,    #1A,    Chicago Ridge, IL 60415-2459
aty         Ungaretti & Harris,    Ungaretti & Harris,    3500 Three First National Plaza,    Chicago, IL  60602
16800687   +Advocate Christ Medical Center,    4440 West 95th Street,    Oak Lawn, IL 60453-2600
16800688   +Advocate Medical Group,    701 Lee Street,    Des Plaines, IL 60016-4543
16800689   +Bank of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
16800690  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,     Bankruptcy Dept,    Po Box 5155,
               Norcross, GA 30091)
16800696   +CMRE Financial,    3075 East Imperial Highway,    Suite 200,    Brea, CA 92821-6753
16800691   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17435039    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16800692   +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
16800685   +Cheri L. Costa,    TUCKER & ASSOCIATES, LTD.,    5210 West 95th Street,    Oak Lawn, IL 60453-2460
16800694   +Chicago Fireman's Credit Union,    2453 S. Archer,    Chicago, IL 60616-2169
16800695   +City of Chicago / Dept of Water Mng,    PO Box 6330,    Chicago, IL 60680-6330
16800698   +MacNeal Hospital,    PO Box 830913,    Birmingham, AL 35283-0913
16800699   +Midwest Diagnostic Pathology, SC,    75 Remittance Drive - Ste 3070,    Chicago, IL 60675-3070
16800700   +Oak Lawn Radiology Imaging Consulta,    37241 Eagle Way,    Chicago, IL 60678-1372
16800701   +Pierce & Associates,    1 North Dearborn,    Suite 1300,    Chicago, IL 60602-4373
17763899   +Pulmonary Consultants SC,    12820 S. Ridgeland Ave,    Suite B,    Palos Heights, IL 60463-2389
16800702   +Rose Gomez, MD,    7600 College Drive,    Palos Heights, IL 60463-2199
17763910   +Southwest Gastroenterology, SC,    9921 Southwest Hwy,    Oak Lawn, IL 60453-3767
16800704   #+Stacy Shadden,    5258 S. Melvina,    Chicago, IL 60638-1437
17763911    University of Chicago Physician Gro,    75 Remittance Drive,    Suite 1385,
             Chicago, IL 60675-1385
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16800693   +Fax: 773-581-5712 Aug 02 2012 03:11:25      Chicago Firefighters Credit Union,
             6230 S. Central Avenue,    Chicago, IL 60638-4544
16800697    E-mail/PDF: dwolfe@fpfc.net Aug 02 2012 03:11:27      First Place Bank,    185 E Market St,
             Warren, OH 44482
                                                                                              TOTAL: 2
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16800686*   +Wayne E Shadden,    10930 S. Central,    #1A,    Chicago Ridge, IL 60415-2459
16800703   ##+Segal & Segal,    77 W Washington,    Suite 1113,    Chicago, IL 60602-3526
                                                                                   TOTALS: 0, * 1, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: rgreen               Page 2 of 3            Date Rcvd: Aug 01, 2012
                               Form ID: pdf006            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: rgreen                Page 3 of 3               Date Rcvd: Aug 01, 2012
                              Form ID: pdf006             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2012 at the address(es) listed below:

          Cheri L Costa   on behalf of Debtor Wayne Shadden chericosta@hotmail.com
          Lydia Y Siu   on behalf of Creditor  First Place Bank lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Patrick F Ross   on behalf of Trustee R Alsterda pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          R Scott Alsterda   on behalf of Trustee R Alsterda rsalsterda@uhlaw.com
          R Scott Alsterda   rsalsterda@uhlaw.com, ralsterda@ecf.epiqsystems.com
                                                                                                        TOTAL: 6